# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Chase Thomas Heffron,

|  | CASE NUMBER |
|--|--|
| **PLAINTIFF(S)** | EDCV15-0024-JGB (KKx) |

v.

Onterio Police Officer C. Young,  et al.

**ORDER RE REQUEST TO PROCEED**
*IN FORMA PAUPERIS*

**DEFENDANT(S)**

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

January 9, 2015
_____
Date

*Kenly m*
_____
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency           ☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____

☐ Other: _____

_____

Comments:

_____
Date

_____
United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☐ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby DISMISSED.

_____
Date

_____
United States District Judge