**RINOS & MARTIN, LLP**
LINDA B. MARTIN, ESQ. (SBN 105445)
A. MICHAEL SABONGUI, ESQ. (SBN 172008)
17822 17th Street, Suite 401
Tustin, California 92780
Telephone: (714) 734-0400
Facsimile: (714) 734-0480
Attorneys for Defendants, ONTARIO POLICE OFFICER WILLIAM YOUNG, ONTARIO POLICE OFFICER MATTHEW NONNEMACHER and CITY OF ONTARIO

**DANIEL L. HARRALSON LAW CORPORATION**
DANIEL L. HARRALSON, ESQ. (SB109322)
P.O. BOX 26688
FRESNO, CA 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320
Attorneys for Plaintiff, CHASE THOMAS HEFFRON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CHASE THOMAS HEFFRON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ONTARIO POLICE OFFICER WILLIAM YOUNG, ONTARIO POLICE OFFICER MATTHEW NONNEMACHER, CITY OF ONTARIO, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　　　Defendants. | CASE NO: 5:15-CV-24-JGB (KKx)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge Jesus G. Bernal<br>Magistrate Judge Kenly Kiya Kato<br><br>Discovery Cut-Off Date – December 8, 2015<br>Pre-Trial Conference Date – April 11, 2016<br>Trial Date – April 26, 2016<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFF CHASE THOMAS HEFFRON WITH PREJUDICE** |

---
1
ORDER GRANTING DISMISSAL OF ENTIRE COMPLAINT BY PLAINTIFF **CHASE THOMAS HEFFRON** WITH PREJUDICE

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED pursuant to Rule 41(a)(1)(ii) and Stipulation filed by all parties, that the Complaint filed by plaintiff CHASE THOMAS HEFFRON against defendants ONTARIO POLICE OFFICER WILLIAM YOUNG, ONTARIO POLICE OFFICER MATTHEW NONNEMACHER, CITY OF ONTARIO (and all of its employees) – is hereby dismissed, with prejudice.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED pursuant to the Stipulation filed by all parties that plaintiff CHASE THOMAS HEFFRON and his attorney of record, Daniel L. Harralson, Esq., will bear their own costs, including attorney's fees and expenses pursuant to 42 U.S.C. §1988 and defendants ONTARIO POLICE OFFICER WILLIAM YOUNG, ONTARIO POLICE OFFICER MATTHEW NONNEMACHER, CITY OF ONTARIO (and all of its employees) and their attorney of record, Linda B. Martin, Esq., and A. Michael Sabongui, Esq of Rinos and Martin, LLP will also bear their own costs and fees.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED pursuant to the Stipulation filed by all parties that plaintiff CHASE THOMAS HEFFRON waives any rights to an appeal with respect to any issues, rulings, or orders in this case.

SO ORDERED:

Dated: November 15, 2017

_____
Honorable Jesus G. Bernal